Same memorandum as in *Mascia v Olivia* ([appeal No. 1] 299 AD2d 883). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ.

■ LORRAINE MASCIA, Appellant, v CHRISTOPHER T. OLIVIA, M.D., et al., Respondents. (Appeal No. 4.) [749 NYS2d 754] —Appeal from an order of Supreme Court, Erie County (Mintz, J.), entered March 21, 2001, which denied plaintiff's motion for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [2]). Present—Pigott, Jr., P.J., Wisner, Scudder and Kehoe, JJ.